BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CV-01748-LJO-SAB |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $36,950.00, | |
| Defendant. | |

This matter is before the Court on plaintiff United States' Ex Parte Motion for Default Judgment filed March 16, 2015.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  The time for objecting to the Findings and Recommendations of the Magistrate has passed and no timely objections have been filed.  An Order Adopting the Magistrate Judge's Findings and Recommendations was issued on May 6, 2015.  Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's Ex Parte Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's April 15, 2015 Findings and

Recommendations in full.

2. Dwayne Taylor, RLF Print Shop, Terrence Tucker, and John Rembert are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $36,950.00 in U.S. Currency (hereafter "Defendant Currency"), and all potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the Defendant Currency to the United States of America, to be disposed of according to law, including all right, title, and interests of Dwayne Taylor, RLF Print Shop, Terrence Tucker, and John Rembert.

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **May 11, 2015**            **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE